# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PARAGON DATA SYSTEMS, INC., )<br>)<br>Plaintiff,              )<br>)<br>v.                           )<br>)<br>CINTAS CORPORATION, *et al.*, )<br>)<br>Defendant.           )<br>) | **CASE NO. 1:20-cv-01883**<br><br>District Jude Dan Aaron Polster<br>Magistrate Judge David Ruiz |

## DEFENDANTS SAP AMERICA, INC., CINTAS CORPORATION AND ACSIS, INC.'S JOINT MOTION FOR PROTECTIVE ORDER

Defendant SAP America, Inc. ("SAP"), hereby moves, pursuant to Federal Rule of Civil Procedure 26(c), for a protective order to govern the use and dissemination of information in this case. Defendant Cintas Corporation ("Cintas") and Defendant ACSIS, Inc. join in SAP's Motion. Defendants hereby certify that they met and conferred with Plaintiff in good faith in an effort to secure the relief requested in this Motion without court action pursuant to Fed. R. Civ. P. 37(a)(2). The parties were unable to reach agreement on these issues, thus Defendants have filed this Motion for Protective Order.

Several of the subject areas of Plaintiff's requests for production relate to SAP's trade secrets and other commercially sensitive information, including the source code that lies at the heart of the products at issue in the case. Plaintiff seeks the indiscriminate disclosure of SAP's trade secrets and commercially sensitive information to an employee undoubtedly involved in Plaintiff's competitive decision making. Trade secret cases are routinely litigated without allowing competitive decision makers access to other parties' commercially sensitive information, instead limiting disclosure of such information to outside counsel and experts only. Here, too, it is appropriate to limit the disclosure of SAP's trade secrets and source code to outside counsel and

experts only.  SAP therefore moves for the entry of a protective order as proposed and outlined in Exhibit A to SAP's Memorandum in Support of this Motion, filed concurrently herewith. Defendants Cintas Corporation and ACSIS, Inc. join in SAP's Request for the reasons stated in the Memorandum.

Dated: October 13, 2020

Respectfully submitted,

*/s/ T. Kaitlin Crowder*
Robert P. Ducatman (3571)
Thomas R. Goots (66010)
T. Kaitlin Crowder (95796)
Michael Atkins (99164)
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
(216) 586-3939
rducatman@jonesday.com
trgoots@jonesday.com
kcrowder@jonesday.com
matkins@jonesday.com

*Counsel for SAP America Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2020, a copy of the foregoing was served upon counsel of record via the Court's electronic filing system to the following email addresses:

Ezio A. Listati
Tim Collins
Leo M. Spellacy, Jr.
THRASHER, DINSMORE & DOLAN LPA
1111 Superior Avenue, Suite 412
Cleveland, OH 44114
(216) 255-5431
elistati@tddlaw.com
tcollins@tddlaw.com
lspellacy@tddlaw.com

*Counsel for Paragon Data Systems, Inc.*

Dated:	October 13, 2020

                                           */s/ T. Kaitlin Crowder*
                                           T. Kaitlin Crowder
                                           *Counsel for SAP America Inc.*