# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PARAGON DATA SYSTEMS, INC., | ) | Case No. 1:2020-CV-01883 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| -vs- | ) | Magistrate Judge David Ruiz |
| | ) | |
| CINTAS CORPORATION, *et al.* | ) | NOTICE OF APPEARANCE OF |
| | ) | MELISSA S. MATTHEWS AND |
| Defendants. | ) | NOTICE OF WITHDRAWAL OF |
| | ) | <u>DREW M. HICKS AS COUNSEL</u> |
| | ) | |

PLEASE TAKE NOTICE that Melissa S. Matthews of Keating Muething & Klekamp, PLL will appear as counsel for Defendant Cintas Corporation ("Cintas") in the above-captioned matter. Ms. Matthews was admitted to practice in this Court on July 29, 2019. Counsel's contact information appears below.

Pursuant to Local Rule 83.9, Cintas gives notice that Drew M. Hicks will withdraw as counsel of record for Cintas in the above-captioned case, and respectfully requests that he be removed from the electronic service list in this case.

Attorneys Gregory M. Utter, William N. Minor, Melissa S. Matthews, and Kyle R. Miller will remain as counsel for Cintas in this matter.

Respectfully submitted,

*/s/ Melissa S. Matthews*
Gregory M. Utter (*pro hac vice*) (0032528)
William N. Minor (*pro hac vice*) (0084153)
Melissa S. Matthews (0093352)
Kyle R. Miller (*pro hac vice*) (0095783)
KEATING MUETHING & KLEKAMP PLL
One E. 4th Street, Suite 1400
Cincinnati, Ohio 45202
Tel:  (513) 579-6597
Fax:  (513) 579-6457
gmutter@kmklaw.com
wminor@kmklaw.com
mmatthews@kmklaw.com
kmiller@kmklaw.com

*Attorneys for Defendant Cintas Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, a true and accurate copy of the foregoing was filed electronically and that notice of this filing will be sent to all parties via the Court's electronic filing system.  The parties may access this filing through the Court's system.

*/s/ Melissa S. Matthews*
Melissa S. Matthews

10457463.1

- 2 -