**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

MINUTES OF PROCEEDINGS – CIVIL

| | |
|---|---|
| PARAGON DATA SYSTEMS, INC., | ) Case No. 1:20-cv-01883 |
| Plaintiff/Counter-Defendant, | ) DATE:  February 9, 2021 |
| v. | ) COURT REPORTER:  n/a |
| CINTAS CORPORATION, *et al.*, | ) JUDGE DAN AARON POLSTER |
| Defendant/Counter-Claimant. | ) MAGISTRATE JUDGE DAVID A. RUIZ |

Attorneys for Plaintiff/Counter-Defendant:
Ezio A. Listati, Tim L. Collins

Attorney for Defendant/Counter-Claimant
Cintas Corporation:  William N. Minor

Attorneys for Defendant SAP America, Inc.:
Robert P. Ducatman, Thomas R. Goots, T. Kaitlin Crowder

Attorneys for Defendant ACSIS, Inc.:
Michael D. Hall, Lauren J. Glozzy

PROCEEDINGS: The court held a mediation conference on February 9, 2021, by video conference with the above counsel; Plaintiff's representatives Larry Laurenzi and Jimmy Cilenti; Defendant Cintas Corporation representative Jeff Sefton, Senior Counsel; Defendant SAP America Inc. representative John Mullen, Senior Counsel; and Defendant ACSIS, Inc. representatives Stephanie Seibel, CFO, John DiPalo, CSO, and Roy W. Bjorlin, Travelers Claim Counsel. The parties negotiated in good faith, but did not reach a settlement.

Total Time:  4 hours, 40 minutes

s/ *David A. Ruiz*, February 9, 2021
David A. Ruiz
U.S. Magistrate Judge