IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PARAGON DATA SYSTEMS, INC., ) | Case No. 1:20-cv-1883 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE DAN AARON POLSTER |
| ) | |
| CINTAS CORPORATION, *et al.,* ) | |
| ) | **ORDER** |
| Defendants. ) | |
| ) | |

On August 2, 2021, the Court ordered that this case would be dismissed if plaintiff's 30(b)(6) witness had not been deposed by October 15, 2021. The attorneys have informed the Court that plaintiff's 30(b)(6) deponent, Larry Laurenzi, remains unavailable and his deposition will not go forward on or before October 15, 2021. For this reason, the Court hereby DISMISSES this case, including plaintiff's claims and any and all counterclaims, pursuant to Civil Rule 41(a)(2). The case is DISMISSED, without prejudice, and may be refiled within one year from the date of this order.

**IT IS SO ORDERED.**

Dated: October 13, 2021

*s/Dan Aaron Polster*
United States District Judge