IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PARAGON DATA SYSTEMS, INC.,** | |
| Plaintiff, | Civil Action No. 1:20-cv-01883 |
| v. | District Judge:  Dan Aaron Polster |
| **CINTAS CORPORATION**, *et al.*, | Magistrate Judge:  David Ruiz |
| Defendants. | |

### SAP AMERICA INC.'S MOTION FOR CIVIL CONTEMPT SANCTIONS

Defendant SAP America, Inc. ("SAP") moves this Court to grant its motion for civil contempt sanctions in the above captioned case, on the grounds that Paragon Data Systems, Inc. ("Paragon") violated the Protective Order in this case in the filing of a new case on October 12, 2022 in the Court of Common Pleas.

For the reasons set for in the attached memorandum of points and authorities in support of SAP's motion for civil contempt sanctions, this court should grant SAP's motion.

In support of this Motion, SAP attaches its Memorandum of Points and Authorities in Support.

WHEREFORE, SAP asks this Court to grant its motion.

Dated: November 16, 2022                JONES DAY

                                        By: */s/ Thomas R. Goots*
                                        Thomas R. Goots (66010)
                                        Robert S. Faxon (59678)
                                        Hannah E. Mehrle (100228)
                                        JONES DAY
                                        901 Lakeside Ave.
                                        Cleveland, OH 44114
                                        (216) 586-3939
                                        trgoots@jonesday.com
                                        rfaxon@jonesday.com
                                        hmehrle@jonesday.com

                                        *Counsel for SAP, SAP USA, and SAP America Inc.*