IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PARAGON DATA SYSTEMS, INC., | ) | Case No. 1:2020-CV-01883 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| -vs- | ) | Magistrate Judge David Ruiz |
| | ) | |
| CINTAS CORPORATION, *et al.* | ) | DEFENDANT ACISIS INC.'S NOTICE |
| | ) | OF JOINDER IN DEFENDANT SAP |
| Defendants. | ) | AMERICA INC.'S MOTION FOR CIVIL |
| | ) | CONTEMPT SANCTIONS |
| | ) | |

Defendant ACSIS, Inc. ("ACSIS"), by and through counsel, hereby joins and adopts Defendant SAP America, Inc.'s ("SAP") Motion for Civil Contempt and Sanctions ("Motion") against Plaintiff Paragon Data Systems, Inc. ("Paragon"). (Dkt. # 52.)

As more fully stated in SAP's Motion, Paragon, SAP, Cintas, and ACSIS, Inc. are parties to a Protective Order entered by this Court on October 14, 2020. (Dkt. # 28.) In relevant part, the Protective Order provides that the disclosure of confidential information produced by Cintas and SAP in this matter shall be limited to "Counsel for the parties and employees and agents of counsel who have responsibility for the preparation and trial of this action." (Dkt. #28 at PageID 664.) The Protective Order further provides that confidential information produced in this action by the parties to the action – i.e. ACSIS, Cintas and SAP – shall not be used or disclosed "for any purpose whatsoever" other than to prosecute "this action." (*Id*. at PageID 663.)

On October 12, 2022, Paragon's new counsel filed a new case in the Court of Common Pleas, Cuyahoga County, Ohio. (*See* Dkt. # 52-2 at PageID 858.) As SAP explains in its Motion, Paragon's state court Complaint contains information relating to ACSIS – including but not limited to its confidential processes and/or its trade secrets – that could only have been derived from documents that were designated as confidential by Cintas, ACSIS and/or SAP under the Protective Order (Dkt. # 52-1 at PageID 841; *see e.g.* Dkt. # 52-1, ¶ 73, 83, 91-94, 97).

For the reasons more fully stated in SAP's Motion, Paragon has violated the Protective Order by disclosing confidential documents to its new counsel (who were not parties to the Protective Order) and using those confidential documents to file a separate, state court action. Accordingly, ACSIS hereby joins and adopts SAP's Motion and joins in the request for civil contempt sanctions set forth therein.

        Respectfully submitted,

*/s/ Christopher Schueller*
Christopher Schueller
Michael Hall
Lauren Glozzy
BUCHANAN INGERSOLL & ROONEY, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Telephone: 412 562 8432
Facsimile: 412 562 1041
Christopher.schueller@bipc.com
Lauren.glozzy@bipc.com
Michael.Hall@bipc.com

*Counsel for Defendant, ACSIS, Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Court's CM/ECF system on Monday, November 21, 2022. Notice of this filing will be sent to all counsel of record and may be accessed through the Court's system.

*/s/ Christopher Schueller*
Christopher Schueller
